UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAGED ALSAIDI, MR. CHOPPED CHEESE &
GROCERY CORP.,

Plaintiffs,

-against-

22-cv-4067 (LAK) (GWH)

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF AGRICULTURE,
FOOD AND NUTRITION SERVICE,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2022

## ORDER

Lewis A. Kaplan, *District Judge.*

Magistrate Judge Gorenstein has informed the Court that the parties have reached a settlement agreement. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Friday, July 29, 2022, if the settlement has not been consummated by that date.

SO ORDERED.

Dated:          June 29, 2022

_____
Lewis A. Kaplan
United States District Judge